UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

                Plaintiff,

        -against-

JANNO LIEBER, ET AL.,

                Defendants.

26-cv-3228 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 28, 2026
            New York, New York

                /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
          Chief United States District Judge